# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 1226

VERSUS

CARDALE GREEN                                **FEBRUARY 26, 2024**

---

In Re:     Cardale Green, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 04-11-0542.

---

BEFORE:    **THERIOT, PENZATO, AND GREENE, JJ.**

   **WRIT DENIED.**

                              MRT
                              AHP
                              HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT